UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| K.V. MCLEOD | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Case No. 08-mc-48 |
| | § | |
| HERBERT MILLS | § | |
|    Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The United States Magistrate Judge filed her Memorandum and Recommendation on June 30, 2008 (D.E. 4). As of this date, Plaintiff has not filed any objections. Plaintiff seeks leave to proceed *in forma pauperis* (D.E. 1).

When no timely objection to the Magistrate Judge's Memorandum and Recommendation is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir.1996) (citing FED. R. CIV. P. 72(b) advisory committee's note (1983)).

Having reviewed the pleadings and motions on file, the Court finds no clear error in the Magistrate Judge's recommendation. The Court accepts the Magistrate Judge's decision. The Court DENIES Plaintiff's Application for Leave to Proceed *In Forma Pauperis*.

ORDERED this ____ day of _____ 2008.

HAYDEN HEAD
CHIEF JUDGE